**ARTHUR EUGENE WILLIAMS** alias **EUGENE WILLIAMS** v.
**NATHAN MAYO, Florida State Prison Custodian.**

33 So. (2nd) 861                                                   January Term, 1948

February 17, 1948                                                    Division B

*Arthur Eugene Williams,* in proper person.

*J. Tom Watson,* Attorney General, and *Ernest W. Welch,*
Assistant Attorney General, for respondent.

BUFORD, J.:

This cause is before us on writ of habeas corpus and return
thereto.

The record shows that the same factual conditions exist in
this case as existed in the case of Scott v. Mayo, 159 Fla. 816,
32 So. (2nd) 821.

Therefore, on authority of the opinion and judgment in
that case we do not discharge the petitioner but, under the
provisions of Sec. 924.34, Fla. Statutes 1941 (same F.S.A.)
remand him to the custody of respondent with directions that
petitioner be presented to the Criminal Court of Record of
Duval County, Florida, for judgment and sentence as is pro-
vided in Sec. 775.09, supra, which said offense is included
within the offense charged in the information under which
petitioner was convicted.

Remanded with directions.

So ordered.

THOMAS, C. J., ADAMS and BARNS, JJ., concur.